# EXHIBIT "C"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVEN DWIGHT CHAPIN,

    Plaintiff,

v.                                                                                          Case No. _____

BUDDI US, LLC,
BUDDI LIMITED, and
BIG TECHNOLOGIES PLC

    Defendants.
_____/

## DECLARATION OF STEPHANIE GENEROTTI, ESQ. IN SUPPORT OF DEFENDANT BUDDI US, LLC'S NOTICE OF REMOVAL

I, Stephanie Generotti, Esq., declare the following to be true and correct based upon my personal knowledge and information.

1. My name is Stephanie Generotti and I am over the age of 18 and competent to give this Declaration.

2. I give this Declaration of my own free will without expectation of reward and without any undue influence, coercion, or duress.

3. I have personal knowledge of the facts set forth in this Declaration, and, if called to testify under oath, could and would testify competently about the facts in this Declaration.

4. Prior to signing this Declaration, I was provided with a full opportunity to review it and make corrections

5. I offer this Declaration in support of Buddi US, LLC's Notice of Removal, filed on or about August 25, 2022.

6. I am currently employed by Ogletree, Deakins, Nash, Smoak & Stewart, P.C. as an associate attorney. I have held this position since December 2018.

7. Ogletree, Deakins, Nash, Smoak & Stewart, P.C. represents Buddi US, LLC in the above-styled matter.

8. On August 24, 2022, I personally searched for Plaintiff's name on the Pinellas County Property Appraiser's website in an effort to locate any and all publically available real property ownership records. The search yielded one result.

9. The attached government records demonstrate Plaintiff owns real property at 300 Crosswinds Drive, Palm Harbor, Florida 34983. Further, Plaintiff has held an ownership interest in this property since June 2011. *See* **Exhibit 1**.

**DECLARATION PURSUANT TO 28 U.S.C. § 1746**

I state under penalty of perjury that the foregoing information contained in this Declaration is true and correct.

Executed August 25, 2022.

Stephanie Generotti, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

s

52756949.v1-OGLETREE

# EXHIBIT 1

| Interactive Map of this parcel | Sales Query | Back to Query Results | New Search | Tax Collector Home Page | Contact Us |

### 23-27-15-05832-000-0350
**Compact Property Record Card**

Tax Estimator      **Updated** August 25, 2022      Email  Print      Radius Search      FEMA/WLM

| Ownership/Mailing Address Change Mailing Address | Site Address |
|---|---|
| CHAPIN, STEVEN D<br>CHAPIN, JANET L<br>300 CROSSWINDS DR<br>PALM HARBOR FL 34683-1302 | 300 CROSSWINDS DR<br>(Unincorporated) |

Property Use: 0110 (Single Family Home)   Current Tax District: PALM HARBOR COM SVC (PHMT)   Total Living: SF: 3,030   Total Gross SF: 4,032   Total Living Units:1

[click here to hide] Legal Description
BAYWOOD VILLAGE SEC 2 LOT 35

| Tax Estimator | File for Homestead Exemption | | 2022 Parcel Use | |
|---|---|---|---|---|
| Exemption | 2022 | 2023 | | |
| Homestead: | Yes | Yes | *Assuming no ownership changes before Jan. 1 | |
| Government: | No | No | Homestead Use Percentage:  100.00% | |
| Institutional: | No | No | Non-Homestead Use Percentage:  0.00% | |
| Historic: | No | No | Classified Agricultural: No | |

Parcel Information   Latest Notice of Proposed Property Taxes (TRIM Notice)

| Most Recent Recording | Sales Comparison | Census Tract | Evacuation Zone (NOT the same as a FEMA Flood Zone) | Flood Zone (NOT the same as your evacuation zone) | Plat Book/Page |
|---|---|---|---|---|---|
| 17285/0337 | $863,100 Sales Query | 121030272023 | A | Current FEMA Maps | 54/49 |

**2022 Preliminary Value Information**

| Year | Just/Market Value | Assessed Value / SOH Cap | County Taxable Value | School Taxable Value | Municipal Taxable Value |
|---|---|---|---|---|---|
| 2022 | $731,104 | $484,579 | $434,579 | $459,579 | $434,579 |

[click here to hide] Value History as Certified (yellow indicates correction on file)

| Year | Homestead Exemption | Just/Market Value | Assessed Value | County Taxable Value | School Taxable Value | Municipal Taxable Value |
|---|---|---|---|---|---|---|
| 2021 | Yes | $667,450 | $470,465 | $420,465 | $445,465 | $420,465 |
| 2020 | Yes | $607,969 | $463,969 | $413,969 | $438,969 | $413,969 |
| 2019 | Yes | $603,026 | $453,538 | $403,538 | $428,538 | $403,538 |
| 2018 | Yes | $579,912 | $445,081 | $395,081 | $420,081 | $395,081 |
| 2017 | Yes | $557,416 | $435,927 | $385,927 | $410,927 | $385,927 |
| 2016 | Yes | $499,105 | $426,961 | $376,961 | $401,961 | $376,961 |
| 2015 | Yes | $478,867 | $423,993 | $373,993 | $398,993 | $373,993 |
| 2014 | Yes | $420,628 | $420,628 | $370,628 | $395,628 | $370,628 |
| 2013 | Yes | $439,766 | $439,766 | $389,766 | $414,766 | $389,766 |
| 2012 | No | $261,207 | $261,207 | $261,207 | $261,207 | $261,207 |
| 2011 | No | $256,794 | $256,794 | $256,794 | $256,794 | $256,794 |
| 2010 | Yes | $308,343 | $194,515 | $144,015 | $169,015 | $144,015 |
| 2009 | Yes | $336,420 | $189,401 | $138,901 | $163,901 | $138,901 |
| 2008 | Yes | $444,100 | $189,212 | $138,712 | $163,712 | $138,712 |
| 2007 | Yes | $469,400 | $183,701 | $158,201 | N/A | $158,201 |
| 2006 | Yes | $480,700 | $179,220 | $153,720 | N/A | $153,720 |
| 2005 | Yes | $372,400 | $174,000 | $148,500 | N/A | $148,500 |
| 2004 | Yes | $311,100 | $169,000 | $143,500 | N/A | $143,500 |
| 2003 | Yes | $211,400 | $165,900 | $140,400 | N/A | $140,400 |
| 2002 | Yes | $190,500 | $162,000 | $136,500 | N/A | $136,500 |
| 2001 | Yes | $176,900 | $159,500 | $134,000 | N/A | $134,000 |
| 2000 | Yes | $160,800 | $154,900 | $129,400 | N/A | $129,400 |
| 1999 | Yes | $163,300 | $150,900 | $125,400 | N/A | $125,400 |
| 1998 | Yes | $149,900 | $148,600 | $123,100 | N/A | $123,100 |
| 1997 | Yes | $143,600 | $140,900 | $115,400 | N/A | $115,400 |
| 1996 | Yes | $136,800 | $136,800 | $111,300 | N/A | $111,300 |

**2021 Tax Information**

2021 Tax Bill
2021 Final Millage Rate                        Tax District: PHMT           18.9523

Do not rely on current taxes as an estimate following a change in ownership. A significant change in taxable value may occur after a transfer due to a loss of exemptions, reset of the Save Our Homes or 10% Cap, and/or market conditions. Please use our new Tax Estimator to estimate taxes under new ownership.

**Ranked Sales** (What are Ranked Sales?)   See all transactions

| Sale Date | Book/Page | Price | Q/U | V/I |
|---|---|---|---|---|
| 09 Jun 2011 | 17285 / 0337 | $265,000 | U | I |
| 1976 | 04423 / 1696 | $16,000 | Q | |
| 1974 | 04187 / 1043 | $12,800 | Q | |

### 2022 Land Information

Seawall: Yes  Frontage: Canal/River  View: None

| Land Use | Land Size | Unit Value | Units | Total Adjustments | Adjusted Value | Method |
|---|---|---|---|---|---|---|
| Rivers And Lakes (95) | 0x0 | 1000.00 | 0.2300 | 1.0000 | $230 | AC |
| Single Family (01) | 105x104 | 5350.00 | 105.0000 | 0.8277 | $464,960 | FF |

### [click here to hide] 2022 Building 1 Structural Elements Back to Top
Site Address: 300 CROSSWINDS DR

Building Type: **Single Family**
Quality: **Above Average**
Foundation: **Continuous Footing Poured**
Floor System: **Slab On Grade**
Exterior Wall: **Cb Stucco/Cb Reclad**
Roof Frame: **Gable Or Hip**
Roof Cover: **Shingle Composition**
Stories: **1**
Living units: **1**
Floor Finish: **Carpet/Hardtile/Hardwood**
Interior Finish: **Upgrade**
Fixtures: **10**
Year Built: **1978**
Effective Age: **30**
Heating: **Central Duct**
Cooling: **Cooling (Central)**

Compact Property Record Card

Open plot in New Window

### Building 1 Sub Area Information

| Description | Living Area SF | Gross Area SF |
|---|---|---|
| Garage (GRF) | 0 | 506 |
| Open Porch (OPF) | 0 | 496 |
| Base (BAS) | 3,030 | 3,030 |
| Total Living SF: 3,030 | | Total Gross SF: 4,032 |

### [click here to hide] 2022 Extra Features

| Description | Value/Unit | Units | Total Value as New | Depreciated Value | Year |
|---|---|---|---|---|---|
| PATIO/DECK | $25.00 | 180.00 | $4,500.00 | $3,330.00 | 2012 |
| BT LFT/DAV | $14,000.00 | 1.00 | $14,000.00 | $9,940.00 | 2011 |
| POOL | $29,000.00 | 1.00 | $29,000.00 | $21,460.00 | 2012 |
| BT LFT/DAV | $5,000.00 | 2.00 | $10,000.00 | $4,000.00 | 1997 |
| DOCK | $38.00 | 504.00 | $19,152.00 | $13,598.00 | 2011 |

### [click here to hide] Permit Data

Permit information is received from the County and Cities. This data may be incomplete and may exclude permits that do not result in field reviews (for example for water heater replacement permits). We are required to list all improvements, which may include unpermitted construction. Any questions regarding permits, or the status of non-permitted improvements, should be directed to the permitting jurisdiction in which the structure is located.

| Permit Number | Description | Issue Date | Estimated Value |
|---|---|---|---|
| EBP-21-17977 | HEAT/AIR | 18 Oct 2021 | $7,257 |
| PER-H-CB12-04079 | POOL | 18 Jun 2012 | $7,000 |
| PER-H-CB12-00932 | ADDITION/REMODEL/RENOVATION | 28 Feb 2012 | $28,500 |
| PER-H-CB11-07661 | ADDITION/REMODEL/RENOVATION | 02 Nov 2011 | $83,165 |
| P41501-11 | DOCK | 10 Sep 2011 | $0 |
| PER-H-CB189269 | ROOF | 17 Dec 1998 | $3,565 |





Interactive Map of this parcel  Map Legend    Sales Query   Back to Query Results    New Search   Tax Collector Home Page    Contact Us