# EXHIBIT "D"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVEN DWIGHT CHAPIN,

    Plaintiff,

v.                                                  Case No. _____

BUDDI US, LLC,
BUDDI LIMITED, and
BIG TECHNOLOGIES PLC

    Defendants.
_____/

## **DECLARATION OF DAREN MORRIS IN SUPPORT OF DEFENDANT BUDDI US, LLC'S NOTICE OF REMOVAL**

I, Daren Morris, declare the following to be true and correct based upon my personal knowledge and information.

1.    My name is Daren Morris and I am over the age of 18 and competent to give this Declaration.

2.    I give this Declaration of my own free will without expectation of reward and without any undue influence, coercion, or duress.

3.    I have personal knowledge of the facts set forth in this Declaration, and, if called to testify under oath, could and would testify competently about the facts in this Declaration.

4. Prior to signing this Declaration, I was provided with a full opportunity to review it and make corrections

5. I offer this Declaration in support of Buddi US, LLC's Notice of Removal, filed on or about August 25, 2022.

6. I am currently employed by Big Technologies, PLC as the company's Director and Chief Financial Officer.

7. I have held the position of Director since June 2021.

8. Buddi US, LLC is organized as a Delaware limited liability company with its principal place of business located at 1964 Bayshore Boulevard, Suite B, Dunedin, Florida 34698.

9. Buddi US, LLC's sole managing member is Big Technologies, PLC.

10. Big Technologies, PLC is a United Kingdom public liability company, company number 10791781, with its principal place of business located at Talbot House, 17 Church Street, Rickmansworth, United Kingdom, WD3 1DE.

### DECLARATION PURSUANT TO 28 U.S.C. § 1746

I state under penalty of perjury that the foregoing information contained in this Declaration is true and correct.

Executed August 25, 2022.

_____
Daren Morris, Director and CFO
Big Technologies, PLC